NORTH SHORE BOTTLING CO., INC., Appellant, v. C. SCHMIDT AND SONS, INCORPORATED, Respondent, et al., Defendants.

Beldock, P. J., Christ, Brennan and Rabin, JJ., concur; Hopkins, J. dissents and votes to affirm the order, upon the opinion at Special Term.